# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 30, 2013

Clerk
United States Court of Appeals for the Second Circuit
1702 US Courthouse, Foley Sq.
New York, NY  10007

Re:  Christopher Basile
     v. Francesca Connolly, et al.
     No. 13-541
     (Your No. 13-339)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 28, 2013 and placed on the docket October 30, 2013 as No. 13-541.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst